NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ADONIS BERLE WHITBY,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————

2014-3057

———————————

Petition for review of the Merit Systems Protection Board in No. DC-0842-13-0500-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Adonis Berle Whitby moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                  WHITBY v. OPM


FOR THE COURT

/s/  Daniel E. O'Toole
     Daniel  E.  O'Toole
     Clerk of Court


s24